# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 19, 2011

143145

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

JULIE JACKIMOWICZ,
        Plaintiff-Appellee,

v

CITIZENS INSURANCE COMPANY OF
AMERICA,
        Defendant-Appellant,

and

ELDER AGENCY, INC., and
NANCY LAURILA,
        Defendants.
_____/

SC: 143145
COA: 294472
Ingham CC: 08-000820-NZ

On order of the Court, the application for leave to appeal the February 24, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 19, 2011

_____
Clerk

h1012